*In re* JOEL E. REYES MARTÍNEZ.

*Número:* AB-2011-138      *Resuelto:* 12 de julio de 2016

*Virgilio Mainardi Peralta* y *José Ángel Rivera-Rodríguez*, de *Mainardi & Rivera*, abogados de Joel E. Reyes Martínez; *Joel E. Reyes Martínez, pro se.*

---

## RESOLUCIÓN

Evaluada la "Moción urgentísima solicitando reconsideración" de 1 de julio de 2016, así como la "Urgente moción suplementaria informando gestiones" de 8 de julio de 2016, *se reconsidera la suspensión del ejercicio de la abogacía del Sr. Joel E. Reyes Martínez de una inmediata e indefinida a una suspensión por el término de un (1) mes. Además, el señor Reyes Martínez deberá acreditar a este Tribunal su cumplimiento con la Sentencia emitida el 29 de junio de 2016.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Sonnya Isabel Ramos Zeno
*Secretaria del Tribunal Supremo Interina*